IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Washington, Sabrina A | Case Number: 05 B 63299 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 10/2/07 | Filed: 11/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 20, 2007
Confirmed: February 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 37,278.66 | |
| Secured: | | 33,898.76 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,437.20 |
| Trustee Fee: | | 1,942.70 |
| Other Funds: | | 0.00 |
| Totals: | 37,278.66 | 37,278.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 187.20 | 187.20 |
| 2. | CitiFinancial Auto Ltd | Administrative | 1,250.00 | 1,250.00 |
| 3. | CitiMortgage Inc | Secured | 31,538.33 | 27,439.44 |
| 4. | National Capital Management | Secured | 19,872.49 | 3,429.32 |
| 5. | CitiMortgage Inc | Secured | 26,743.98 | 3,030.00 |
| 6. | Capital One | Unsecured | 1,450.85 | 0.00 |
| 7. | National Capital Management | Unsecured | 2,551.62 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 9. | Illinois Dept Of Human Service | Unsecured | | No Claim Filed |
| 10. | Retinal Vitreal Consultants | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 83,594.47 | $ 35,335.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 804.82 |
| 5% | 429.39 |
| 4.8% | 405.12 |
| 5.4% | 303.37 |
| | _____ |
| | $ 1,942.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Washington, Sabrina A

Printed:  10/2/07

Case Number:  05 B 63299
Judge:  Hollis, Pamela S
Filed:  11/2/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_